# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT V. A.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 5:18-cv-02481-FMO-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The time for filing Objections has passed and Objections have not been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment shall be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further proceedings consistent with the Report and Recommendation.

DATED: March 12, 2020

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE